UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JULIO ALFREDO ROSARIO GONZALEZ                                    PETITIONER

V.                                            CIVIL ACTION NO. 3:25-CV-913-DPJ-ASH

WARDEN CHILDRESS                                                  RESPONDENT

ORDER

Julio Alfredo Rosario Gonzalez filed this petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the Bureau of Prisons' finding that he is ineligible to apply for time credits under the First Step Act. *See* Pet. [1]; Am. Pet. [4]. Respondent Warden Childress filed a response, asking the Court to deny Gonzalez's petition because he has failed to exhaust administrative remedies and is subject to a final order of removal. *See* Resp't's Resp. [9] at 1. Gonzalez did not respond in opposition.

On June 1, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [11]. Judge Harris carefully considered the parties' arguments and recommended denying Gonzalez's petition. R&R [11] at 5. Gonzalez did not file an objection, and the time to do so has passed. *See id.* at 4–5 (informing Gonzalez that he had 14 days to file objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of the Magistrate Judge.

IT IS ORDERED that the Report and Recommendation [11] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court.  Therefore, the Court denies Gonzalez's petition.  A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 17th day of June, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE